UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>SUZETTE LINDGREN,<br>ANDREW MOYER,<br>on behalf of themselves and all others<br>similarly situated, and<br>MASSACHUSETTS COALITION<br>FOR THE HOMELESS, and<br>CENTRAL MASSACHUSETTS<br>HOUSING ALLIANCE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>WORCESTER PUBLIC LIBRARY, and<br>WORCESTER PUBLIC LIBRARY<br>BOARD OF DIRECTORS,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>MOTION TO SEAL THE<br>AFFIDAVIT IN SUPPORT<br>OF MOTION FOR LEAVE<br>TO PROCEED UNDER A<br>PSEUDONYM AND THE<br>APPLICATION TO<br>PROCEED WITHOUT<br>PREPAYMENT OF FEES<br>AND AFFIDAVIT (AO240)<br><br>**06-40133** |

Plaintiff Jane Doe ("Ms. Doe"), through counsel, hereby moves to file under seal her Affidavit in Support of the Motion for Leave to Proceed Under a Pseudonym as well as her Application to Proceed without Prepayment of Fees and Affidavit (AO240). As grounds for this Motion, Ms. Doe submits that she fears substantial physical and emotional harm to herself and her child if her true and accurate name is revealed in connection with this action.

In support of this Motion, Ms. Doe respectfully refers the Court to the Motion for Leave to Proceed Under a Pseudonym, the Memorandum in Support of Jane Doe's Motion for Leave to Proceed Under a Pseudonym, and the Affidavit in Support of Motion for Leave to Proceed Under a Pseudonym, dated July 5, 2006.

Ms. Doe submits that the subject material should remain under seal until further order of this Court. Ms. Doe further submits that, upon the conclusion of this action, the subject material should be delivered to Ms. Doe's counsel of record.

Wherefore, Ms. Doe respectfully requests that the foregoing records be sealed.

                                               Respectfully submitted
                                               On behalf of plaintiff,

Date: July 6, 2006

                                               Jonathan L. Mannina, BBO # 636492
                                               Kate J. Fitzpatrick, BBO # 664711
                                               Legal Assistance Corporation
                                                 of Central Massachusetts
                                               405 Main Street, Fourth Floor
                                               Worcester, Massachusetts 01608
                                               (508) 752-3718

Date: July 6, 2006

                                               John Reinstein, BBO # 416120
                                               American Civil Liberties Union
                                                 of Massachusetts
                                               211 Congress Street, Suite 300
                                               Boston, Massachusetts 02110
                                               (617) 482-3170

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Jonathan L. Mannina, certify that I conferred with counsel for the defendant in an effort to resolve or narrow the issues that led to the filing of this motion, as required by Local Rule 7.1.

Dated: July 6, 2006



Jonathan L. Mannina

## CERTIFICATE OF SERVICE

I, Jonathan L. Mannina, attorney for the plaintiffs, hereby certify that I have on this 6th day of July, 2006, mailed the within, postage prepaid, to David M. Moore, Esq, City Solicitor, 455 Main Street, Room 301, Worcester, MA 01608.

Dated: July 6, 2006

Jonathan L. Mannina