UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>SUZETTE LINDGREN,<br>ANDREW MOYER,<br>on behalf of themselves and all others<br>similarly situated, and<br>MASSACHUSETTS COALITION<br>FOR THE HOMELESS, and<br>CENTRAL MASSACHUSETTS<br>HOUSING ALLIANCE,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>WORCESTER PUBLIC LIBRARY, and<br>WORCESTER PUBLIC LIBRARY<br>BOARD OF DIRECTORS,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>MOTION FOR LEAVE<br>TO PROCEED UNDER A<br>PSEUDONYM<br><br>**06-40133** |

Doe et al v. City of Worcester et al                                                                                                    Doc. 3

Now comes plaintiff Jane Doe ("Ms. Doe"), by her attorney, and moves for leave to proceed under a pseudonym and states as follows:

1. Ms. Doe is a real person who presently resides in Worcester County, Massachusetts. Ms. Doe is not her true and complete name.

2. Ms. Doe is a victim of domestic violence and both she and her child have been subjected to physical abuse at the hands of her ex-husband. Ms. Doe fears that she and her child, who is not a plaintiff in this action, will be at risk of substantial physical violence if Ms. Doe's true name is revealed. The facts underlying these

assertions are contained in Ms. Doe's accompanying Memorandum in Support of Jane Doe's Motion for Leave to Proceed Under a Pseudonym, and Affidavit in Support of Motion for Leave to Proceed Under a Pseudonym, dated July 5, 2006 (filed under seal with the Court).

WHEREFORE, plaintiff Jane Doe prays that this Court grant her leave to proceed under a pseudonym in this cause.

                                  Respectfully submitted,

Date: July 6, 2006

                                  Jonathan L. Mannina, BBO # 636492
                                  Kate J. Fitzpatrick, BBO # 664711
                                  Legal Assistance Corporation
                                      of Central Massachusetts
                                  405 Main Street, Fourth Floor
                                  Worcester, Massachusetts 01608
                                  (508) 752-3718

Date: July 6, 2006

                                  John Reinstein, BBO # 416120
                                  American Civil Liberties Union
                                      of Massachusetts
                                  211 Congress Street, Suite 300
                                  Boston, Massachusetts 02110
                                  (617) 482-3170

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Jonathan L. Mannina, certify that I conferred with counsel for the defendant in an effort to resolve or narrow the issues that led to the filing of this motion, as required by Local Rule 7.1.

Dated: July 6, 2006


Jonathan L. Mannina

CERTIFICATE OF SERVICE

I, Jonathan L. Mannina, attorney for the plaintiffs, hereby certify that I have on this 6th day of July, 2006, mailed the within, postage prepaid, to David M. Moore, Esq, City Solicitor, 455 Main Street, Room 301, Worcester, MA 01608.

Dated: July 6, 2006

Jonathan L. Mannina