

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>SUZETTE LINDGREN,<br>ANDREW MOYER,<br>on behalf of themselves and all others<br>similarly situated, and<br>MASSACHUSETTS COALITION<br>FOR THE HOMELESS, and<br>CENTRAL MASSACHUSETTS<br>HOUSING ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>WORCESTER PUBLIC LIBRARY, and<br>WORCESTER PUBLIC LIBRARY<br>BOARD OF DIRECTORS,<br><br>Defendants. | CIVIL ACTION NO.:<br><br><br>MOTION FOR CERTIFICATION<br>OF CLASS<br><br>**06-40133** |

Plaintiffs Jane Doe, Suzette Lindgren and Andrew Moyer, pursuant to Rule 23 of the Federal

Rules of Civil Procedure, move this Court to have this action maintained as a class action on

behalf of themselves and the following class: all current and future residents of homeless

shelters in the City of Worcester, transitional housing programs in the City of Worcester, and

teen/children's programs in the City of Worcester, and other facilities affected by the library's

policy regarding borrowing limits on temporary residences.

In support of the Motion, plaintiffs aver that the requirements of Rule 23 are met in that:

(1)    The class is so numerous that joinder of all members is impracticable;

(2)    There are questions of law or fact common to the class;

(3)     The claims of the representative parties are typical of the claims of the class;

(4)     The representative party will fairly and adequately represent the class interests;

(5)     The defendants have acted or refused to act on grounds generally applicable to the

class, thereby making appropriate final injunctive relief or corresponding

declaratory relief with respect to the class as a whole

In support of this motion, plaintiffs also submit the attached Memorandum of Law in

Support of its Motion for Certification of Class and the Affidavit of Grace Carmark, dated July 5,

2006.

Wherefore, plaintiffs respectfully request that the foregoing class be certified.

Respectfully submitted
On behalf of plaintiffs,

Date: July 6, 2006

Jonathan L. Mannina, BBO # 636492
Kate J. Fitzpatrick, BBO # 664711
Legal Assistance Corporation
     of Central Massachusetts
405 Main Street, Fourth Floor
Worcester, Massachusetts 01608
(508) 752-3718

Date: July 6, 2006

John Reinstein, BBO # 416120
American Civil Liberties Union
     of Massachusetts
211 Congress Street, Suite 300
Boston, Massachusetts 02110
(617) 482-3170

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Jonathan L. Mannina, certify that I conferred with counsel for the defendant in an effort to resolve or narrow the issues that led to the filing of this motion, as required by Local Rule 7.1.

Dated: July 6, 2006

_____
Jonathan L. Mannina

## CERTIFICATE OF SERVICE

I, Jonathan L. Mannina, attorney for the plaintiffs, hereby certify that I have on this 6th day of July, 2006, mailed the within, postage prepaid, to David M. Moore, Esq, City Solicitor, 455 Main Street, Room 301, Worcester, MA 01608.

Dated: July 6, 2006

_____
Jonathan L. Mannina