| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JANE DOE, ET AL. | 06-40133(FDS) 2:53 |
| DEFENDANT | TYPE OF PROCESS |
| CITY OF WORCESTER, WORCESTER PUBLIC LIBRARY, ET AL. | SUMMONS, COMPLAINT, ET AL. |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Penelope B. Johnson, Head Librarian, Worcester Public Library

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Worcester Public Library, 3 Salem Square, Worcester, MA 01608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATE J. FITZPATRICK, ESQ
LEGAL ASSISTANCE CORPORATION OF CENTRAL MASS
405 MAIN STREET, 4TH FLOOR
WORCESTER, MA 01608

| Number of process to be served with this Form 285 | 5 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Hand-deliver to Head Librarian Johnson in person at her office at the library. Do NOT leave at her office without handing it to her or with another person. Please call in advance to see when she will be there: phone number: (508)799-1690. There is no alternate address. Times for service: Monday - Friday, 9:00am -4:00pm.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 508-752-3718   DATE: 7/24/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

Doe et al v. City of Worcester et al    Doc. 10

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 038 | No. 038 | Keith E. May | 7/24/06 |

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 8/15/06 | 1400 | [ ] am  [X] pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JANE DOE, ET AL. | COURT CASE NUMBER<br>06-40133(FDS) |
|---|---|
| DEFENDANT<br>CITY OF WORCESTER, WORCESTER PUBLIC LIBRARY, ET AL. | TYPE OF PROCESS<br>SUMMONS, COMPLAINT, ET AL. |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  David J. Rushford, City Clerk, City of Worcester
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  455 Main Street, City Hall, Room 206, Worcester, MA 01608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATE J. FITZPATRICK, ESQ
LEGAL ASSISTANCE CORPORATION OF CENTRAL MASS
405 MAIN STREET, 4TH FLOOR
WORCESTER, MA 01608

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

[RECEIVED U.S. MARSHALS SERVICE WORCESTER 2006 JUL 24 P 2:52]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Hand-deliver to Clerk Rushford in person at his office at City Hall. Do NOT leave at his office without handing it to him or at his office with another person. Please call in advance to see when he will be there: phone number: (508)799-1121. There is no alternate address. Times for service: Monday - Friday, 9:00am -4:00pm.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 508-752-3718
DATE: 7/24/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 038
District to Serve: No. 038
Signature of Authorized USMS Deputy or Clerk: Ruth E. Macy
Date: 7/24/06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Tim Dunn (Clerk) 508-799-1126

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 7/25/06
Time: 11:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JANE DOE, ET AL. | COURT CASE NUMBER<br>06-40133(FDS) |
|---|---|
| DEFENDANT<br>CITY OF WORCESTER, WORCESTER PUBLIC LIBRARY, ET AL. | TYPE OF PROCESS<br>SUMMONS, COMPLAINT, ET AL. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David J. Rushford, City Clerk, City of Worcester
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
455 Main Street, City Hall, Room 206, Worcester, MA 01608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATE J. FITZPATRICK, ESQ
LEGAL ASSISTANCE CORPORATION OF CENTRAL MASS
405 MAIN STREET, 4TH FLOOR
WORCESTER, MA 01608

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

*[Stamp: RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2006 JUL 24 P 2:52]*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Hand-deliver to Clerk Rushford in person at his office. Do NOT leave at his office or with another person. Please call in advance to see when he will be there: phone number: (508)799-1121. There is no alternate address. Times for service: Monday - Friday, 9:00am -4:00pm.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 508-752-3718
DATE: 7/24/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 038
District to Serve: No. 038
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 7/24/06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Tim Dunn (Clerk) 508-799-1126

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/25/06
Time: 11:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JANE DOE, ET AL. | 06-40133(FDS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF WORCESTER, WORCESTER PUBLIC LIBRARY, ET AL. | SUMMONS, COMPLAINT, ET AL. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David J. Rushford, City Clerk, City of Worcester
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
455 Main Street, City Hall, Room 206, Worcester, MA 01608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATE J. FITZPATRICK, ESQ
LEGAL ASSISTANCE CORPORATION OF CENTRAL MASS
405 MAIN STREET, 4TH FLOOR
WORCESTER, MA 01608

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2006 JUL 24 P 2:52

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Hand-deliver to Clerk Rushford in person at his office at City Hall. Do NOT leave at his office without handing it to him or at his office with another person. Please call in advance to see when he will be there: phone number: (508)799-1121. There is no alternate address. Times for service: Monday - Friday, 9:00am -4:00pm.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 508-752-3718
DATE: 7/24/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin: No. 038
District to Serve: No. 038
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 7/24/06

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Tim Dunn (Clerk) 508-799-1126

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:
Date: 7/25/06
Time: 11:00 [X] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JANE DOE, ET AL. | COURT CASE NUMBER<br>06-40133(FDS) |
|---|---|
| DEFENDANT<br>CITY OF WORCESTER, WORCESTER PUBLIC LIBRARY, ET AL. | TYPE OF PROCESS<br>SUMMONS, COMPLAINT, ET AL. |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jay Scully, President, Worcester Public Library Board of Directors

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2 Hancock Hill Drive, Worcester, MA 01609-1530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATE J. FITZPATRICK, ESQ
LEGAL ASSISTANCE CORPORATION OF CENTRAL MASS
405 MAIN STREET, 4TH FLOOR
WORCESTER, MA 01608

| Number of process to be served with this Form 285 | 5 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Hand-deliver to Jay Scully in person at his home. Do NOT leave with anyone else but him and do NOT leave at his home without handing it to him in person. Please call in advance to see when he will be there: phone number: (508) 791-2936. When you call, please confirm this is him by asking, "Is this Jay Scully, the President of the Worcester Public Library Board of Directors?" There is no alternate address. There is no optimal time for service that I am aware of.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 508-752-3718

DATE: 7/24/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin: No. 038
District to Serve: No. 038
Signature of Authorized USMS Deputy or Clerk: Ruth E. May
Date: 7/24/06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8/2/06
Time: 15:00 ☒ pm

Signature of U.S. Marshal or Deputy: J. O.

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JANE DOE, ET AL. | 06-40133(FDS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF WORCESTER, WORCESTER PUBLIC LIBRARY, ET AL. | SUMMONS, COMPLAINT, ET AL. |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
: Jay Scully, President, Worcester Public Library Board of Directors

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
: 2 Hancock Hill Drive, Worcester, MA 01609-1530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KATE J. FITZPATRICK, ESQ
LEGAL ASSISTANCE CORPORATION OF CENTRAL MASS
405 MAIN STREET, 4TH FLOOR
WORCESTER, MA 01608

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

*[Stamp: 2006 JUL 24 P 2: — U.S. MARSHALS SERVICE, WORCESTER, MA — RECEIVED]*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Hand-deliver to Jay Scully in person at his home. Do NOT leave at his home without handing it to him or at his home with another person. Please call in advance to see when he will be there: phone number: (508)791-2938. When you call, please confirm this is the correct Jay Scully by asking, "Is this Jay Scully, the President of the Worcester Public Library Board of Directors?" There is no alternate address. I know of no optimal time for service.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 508-752-3718
DATE: 7/24/06

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin: No. 038
District to Serve: No. 038
Signature of Authorized USMS Deputy or Clerk: *Ruth E. Mc—*
Date: 7/24/06

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:

Date: 8/2/06
Time: 1:500 [X] pm

Signature of U.S. Marshal or Deputy: *J. O—*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

---

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00