UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANE DOE, )
SUZETTE LINDGREN, )
ANDREW MOYER, )
on behalf of themselves and all others )
similarly situated, and )
MASSACHUSETTS COALITION )
FOR THE HOMELESS, and )
CENTRAL MASSACHUSETTS )
HOUSING ALLIANCE, )
         Plaintiffs, )    CIVIL ACTION NO: 06-40133
)
v. )
)
CITY OF WORCESTER, )
WORCESTER PUBLIC LIBRARY, and )
WORCESTER PUBLIC LIBRARY )
BOARD OF DIRECTORS, )
         Defendants. )

## RULE 16.1 CERTIFICATE

Defendant City of Worcester, by and through its City Manager, hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

CITY OF WORCESTER                  CITY OF WORCESTER
By its Attorney,

/s/ David M. Moore                      /s/ Michael V. O'Brien
David M. Moore (BBO#352850)      Michael V. O'Brien
City Solicitor                             City Manager
City Hall – Room 301                  City of Worcester
455 Main Street
Worcester, MA 01608
(508) 799-1161