UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE, <br> SUZETTE LINDGREN, <br> ANDREW MOYER, <br> on behalf of themselves and all others <br> similarly situated, and <br> MASSACHUSETTS COALITION <br> FOR THE HOMELESS, and <br> CENTRAL MASSACHUSETTS <br> HOUSING ALLIANCE, <br>     Plaintiffs, <br> <br> v. <br> <br> CITY OF WORCESTER, <br> WORCESTER PUBLIC LIBRARY, and <br> WORCESTER PUBLIC LIBRARY <br> BOARD OF DIRECTORS, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO: 06-40133 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RULE 16.1 CERTIFICATE

Defendant Worcester Public Library, by and through its Head Librarian, hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that she and her counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

| CITY OF WORCESTER <br> By its Attorney, | WORCESTER PUBLIC LIBRARY |
|---|---|
| /s/ David M. Moore <br> David M. Moore (BBO#352850) <br> City Solicitor <br> City Hall – Room 301 <br> 455 Main Street <br> Worcester, MA 01608 <br> (508) 799-1161 | /s/ Penelope B. Johnson <br> Penelope B. Johnson <br> Head Librarian <br> Worcester Public Library |