UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>SUZETTE LINDGREN,<br>ANDREW MOYER,<br>on behalf of themselves and all others<br>similarly situated, and<br>MASSACHUSETTS COALITION<br>FOR THE HOMELESS, and<br>CENTRAL MASSACHUSETTS<br>HOUSING ALLIANCE,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>WORCESTER PUBLIC LIBRARY, and<br>WORCESTER PUBLIC LIBRARY<br>BOARD OF DIRECTORS,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CIVIL ACTION NO.:<br>06-40133-FDS |

## RULE 16.1 CERTIFICATE

Plaintiff Jane Doe hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that she and her counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and
    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.


Jane Doe
By her attorneys,

/s/ Kate J. Fitzpatrick, Esq.
Jonathan L. Mannina, Esq.
Kate J. Fitzpatrick, Esq.
Legal Assistance Corporation
  of Central Massachusetts
405 Main Street, Fourth Floor

Jane Doe

/s/ Jane Doe

Date:  October 20, 2006

Worcester, Massachusetts  01608
(508) 752-3718
Date:  October 20, 2006