UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, <br> SUZETTE LINDGREN, <br> ANDREW MOYER, <br> on behalf of themselves and all others similarly situated, and <br> MASSACHUSETTS COALITION FOR THE HOMELESS, and <br> CENTRAL MASSACHUSETTS HOUSING ALLIANCE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WORCESTER, <br> WORCESTER PUBLIC LIBRARY, and <br> WORCESTER PUBLIC LIBRARY BOARD OF DIRECTORS, <br><br> Defendants. | CIVIL ACTION NO.: <br> 06-40133-FDS |

RULE 16.1 CERTIFICATE

Plaintiff Suzette Lindgren hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that she and her counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and
    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Suzette Lindgren
By her attorneys,

/s/ Kate J. Fitzpatrick, Esq.
Jonathan L. Mannina, Esq.
Kate J. Fitzpatrick, Esq.
Legal Assistance Corporation
  of Central Massachusetts
405 Main Street, Fourth Floor

Suzette Lindgren

/s/ Suzette Lindgren

Date: October 20, 2006

Worcester, Massachusetts  01608
(508) 752-3718
Date:  October 20, 2006