UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>SUZETTE LINDGREN,<br>ANDREW MOYER,<br>on behalf of themselves and all others<br>similarly situated, and<br>MASSACHUSETTS COALITION<br>FOR THE HOMELESS, and<br>CENTRAL MASSACHUSETTS<br>HOUSING ALLIANCE,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>WORCESTER PUBLIC LIBRARY, and<br>WORCESTER PUBLIC LIBRARY<br>BOARD OF DIRECTORS,<br><br>        Defendants. | CIVIL ACTION NO.:<br>06-40133-FDS |

RULE 16.1 CERTIFICATE

Plaintiff Andrew Moyer hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and
    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Andrew Moyer                                                                Andrew Moyer
By his attorneys,


/s/ Kate J. Fitzpatrick, Esq.                                            /s/ Andrew Moyer
Jonathan L. Mannina, Esq.
Kate J. Fitzpatrick, Esq.                                                Date:  October 20, 2006
Legal Assistance Corporation
   of Central Massachusetts
405 Main Street, Fourth Floor

Dockets.Justia.com

Worcester, Massachusetts  01608
(508) 752-3718
Date:  October 20, 2006