UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE,<br>SUZETTE LINDGREN,<br>ANDREW MOYER,<br>on behalf of themselves and all others<br>similarly situated, and<br>MASSACHUSETTS COALITION<br>FOR THE HOMELESS, and<br>CENTRAL MASSACHUSETTS<br>HOUSING ALLIANCE,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER,<br>WORCESTER PUBLIC LIBRARY, and<br>WORCESTER PUBLIC LIBRARY<br>BOARD OF DIRECTORS,<br><br>        Defendants. | CIVIL ACTION NO.:<br>06-40133-FDS |

RULE 16.1 CERTIFICATE

Plaintiff Massachusetts Coalition for the Homeless hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that it and its counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and
    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

| | |
|---|---|
| Massachusetts Coalition for the Homeless<br>By its attorneys, | Massachusetts Coalition for the Homeless |
| /s/ Kate J. Fitzpatrick, Esq. | /s/ Robyn Frost |
| Jonathan L. Mannina, Esq.<br>Kate J. Fitzpatrick, Esq.<br>Legal Assistance Corporation<br>   of Central Massachusetts | Robyn Frost<br>Executive Director<br>Massachusetts Coalition for the Homeless |

dockets.Justia.com

405 Main Street, Fourth Floor  
Worcester, Massachusetts 01608  
(508) 752-3718  
Date: October 20, 2006

Date: October 20, 2006